**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Anthony Keith WILSON, Defendant–
Appellant,**

v.

**Randy Martin; Luther Bryan; Alisia H.
Akbar; Lacaria Brown; Georgean
McConnell; Gussie D. Nollkamper;
Florence Nollkamper; Phyllis Roland;
Christopher M. Morris; Lavaca Coun-
ty Texas; Joseph E. McConnell; John
M. Warther; Wells Fargo Home Mort-**
gage, Incorporated; Cheryl L. Amak-
er; Donna C. Adkins; Chase Manhat-
tan Mortgage Corporation, Parties–
in–Interest.

No. 11–6097.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2011.

Decided: July 13, 2011.

Anthony Keith Wilson, Appellant Pro Se. Beth Drake, Mark C. Moore, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Keith Wilson seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2010) motion. The district court's order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitu-

244

tional claims is debatable or wrong. *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller-El v. Cockrell*, 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack*, 529 U.S. at 484–85, 120 S.Ct. 1595. We have independently reviewed the record and conclude that Wilson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss Wilson's appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*